# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

Faith M. Lister a/k/a Faith M. Marguriet,
    Debtor.

Case No. 8:10-bk-05877-CPM
Chapter 13

## ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED BY US BANK NATIONAL ASSOCIATION'S

THIS CASE came before the Court on the Motion for Relief from the Automatic Stay filed by Us Bank National Association, its Successors and/or its Assigns ("Secured Creditor") (Docket No. 23), and upon the Affidavit of Collateral Surrender, and the Court being otherwise more fully advised in the premises, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from the Automatic Stay is granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 2817 Commonwealth Avenue, Valrico, Florida 33594, legally described as:

**LOT 18 OF WESTMINSTER SUBDIVISION IN HILLSBOROUGH COUNTY, FLORIDA, AS RECORDED ON SUBDIVISION PLAT BOOK 68, PAGE 29.**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing US Bank Home Mortgage, its Successors and/or its Assigns to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor.

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

5. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3).

**DONE** and **ORDERED** in Chambers at Tampa, Florida on September 9, 2010.

Catherine Peek McEwen
United States Bankruptcy Judge

Copies to:
Oscar A. Gomez, Esq.
Attorney for US Bank National Association
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920

Faith M. Lister a/k/a Faith M. Marguriet
1327 Dab Dr., Seffner, FL 33584

Jon Waage, Trustee, P.O. Box 25001
Bradenton, FL 34206

Eric J. Olson, Esq., Attorney for the Debtor
Pilka & Associates, P.A., 213 Providence Road
Brandon, FL 33511

09-77014 (FRB) FM.mfr